IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NEW CENTURY FINANCIAL INC., | § |
| Plaintiff, | § § § |
| v. | §  C.A. NO. H-13-391 |
| OLEDIX TECHNOLOGIES LLC et al., | § § § |
| Defendants. | § |

ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this cause of action has been reached between Plaintiff and Defendants Practical Technologies Inc and Dilip S Dalvi.  The case is **DISMISSED** without prejudice as to Defendants Practical Technologies Inc and Dilip S Dalvi to the right of the parties to move for reinstatement within ninety (90) days after the entry of this order.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on this 11TH day of June, 2014.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE