IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

NEW CENTURY FINANCIAL, INC.

VS.                                                                                          CIVIL ACTION NO. 4:13-cv-00391

OLEDIX TECHNOLOGIES, LLC, CURTIS
R. MARTIN, THE OLEDIX STORE, LLC,
PRACTICALTECHNOLOGIES, INC. and
DILIP S. DALVI

## JUDGMENT

On this day, the Court heard the above-entitled and numbered cause between, wherein New Century Financial, Inc. is the Plaintiff, and Oledix Technologies, LLC, Curtis R. Martin and The Oledix Store, LLC are Defendants. The appearance date for these Defendants has passed and the Court was regularly in session. The Defendants, although having been duly and legally cited to answer, failed to answer and wholly made default.

The Court finds and holds Defendants Oledix Technologies, LLC, Curtis R. Martin and The Oledix Store, LLC properly waived service of summons and were therefore duly served with process in the form, manner and within the length of period required by law. The waivers of service of summons were returned to the Court Clerk and remained on file for the time required by law. The Court has jurisdiction over the parties and subject matter and the time for filing an answer or other responsive pleading for Defendants Oledix Technologies, LLC, Curtis R. Martin and The Oledix Store, LLC has passed.

After finding all prerequisites of law are fulfilled, the cause has been submitted to the Court. The Court has considered the pleadings and official records on file in this cause and is of the opinion that the allegations of Plaintiff's Complaint have been admitted and proved and a Judgment should

be rendered for Plaintiff. It is accordingly,

ORDERED, ADJUDGED AND DECREED that New Century Financial, Inc., Plaintiff, recover from Defendants Oledix Technologies, LLC, Curtis R. Martin and The Oledix Store, LLC, jointly and severally, a judgment for:

1. The principal amount of $240,625.00;

2. Prejudgment interest at the rate of five percent (5%) per annum from January 28, 2013 until the date of judgment;

3. Post judgment interest from the date of judgment at the rate of ~~five percent (5%) per~~ 0.11 per cent per annum until paid;

4. Attorney's fees in the amount of $22,427.50; and

5. Costs of Court in the amount of $502.00.

Plaintiff is allowed such writs and processes as may be necessary in the enforcement and collection of this judgment.

SIGNED on this the 27th day of August, 2014.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE